**UNITED STATES of America, Plaintiff–Appellee**

v.

**Joshua David COWAN, Defendant–Appellant.**

No. 10–40928
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 27, 2012.

Baylor Glenn Wortham, Special Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Thomas J. Burbank, Esq., Burbank Law Firm, Beaumont, TX, for Defendant–Appellant.

Joshua David Cowan, Beaumont, TX, pro se.

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joshua David Cowan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Cowan has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Cowan's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Cowan's motion for the appointment of new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.